IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02530-BNB

JACK ULREY,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections,
ANGEL MEDINA, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 06 2011

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 6, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02530-BNB

Jack Ulrey
Prisoner No. 117357
Centennial Corr. Facility
PO Box 600
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 6, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk